VOGEMANN v. KEYSER et al. KEYSER et al. v. VOGEMANN. (Circuit Court of Appeals, Fifth Circuit. May 31, 1898.) No. 656. Ben. C. Tunison, for H. Vogemann. John C. Avery, for W. S. Keyser & Co. Before PARDEE and McCORMICK, Circuit Judges, and PARLANGE, District Judge.

PARLANGE, District Judge. The issues in this case are the same as those in case No. 655, decided this day (Schmidt v. Keyser, 88 Fed. 799), and involving the construction of the "cesser clause," identical in language with that in case No. 655. The decree appealed from is affirmed.

———

WHITMIRE v. HUDSON et al. (Circuit Court of Appeals, Fifth Circuit. May 24, 1898.) No. 658. Appeal from the District Court of the United States for the Northern District of Florida. W. A. Blount and A. C. Blount, for appellant. B. C. Tunison, for appellees. Before PARDEE and McCORMICK, Circuit Judges, and PARLANGE, District Judge.

PER CURIAM. This is a libel in personam to recover salvage for services in saving 550 sticks of timber adrift on the tide waters of Escambia Bay. The case is in all respects like that of Whitmire v. Cobb (just decided) 88 Fed. 91, and for the same reasons the decree of the district court is affirmed.